UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cv-23449-KING

GOLDPOINT INVERSIONES, S.A.,

        Plaintiff,

v.

ESPIRITO SANTO BANK,
BANCO ESPIRITO SANTO SA,
E.S. FINANCIAL SERVICES, INC.,
and JORGE LEITE FARIA ESPIRITO
SANTO SILVA,

        Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this joint stipulation of voluntary dismissal is made between Plaintiff, Goldpoint Inversiones, S.A. ("Goldpoint"), and Defendants Espirito Santo Bank ("ESB") and E.S. Financial Services, Inc. ("ESFS").[1]

This action was filed by Goldpoint on September 18, 2014. (DE 1). On November 20, 2014, ESB and ESFS filed a Motion to Compel Arbitration and Dismiss (the "Motion to Compel Arbitration"). (DE 12). Goldpoint has received two extensions of time to respond to the Motion to Compel Arbitration (DEs 14, 17), and its response presently is due on or before January 27, 2015. Having reviewed the Motion to Compel Arbitration, Goldpoint agrees that the claims

---

[1] As Defendants Banco Espirito Santo and Jorge Leite Faria Espirito Santo Silva have not appeared in this action, their participation in this stipulation is not required. Fed. R. Civ. P. 41(a)(1)(ii).

1

against ESFS should be arbitrated in accord with the rules and procedures of the Financial Industry Regulatory Authority ("FINRA").

Accordingly, ESFS agrees to enter into binding arbitration pursuant to the rules and procedures of FINRA and ESFS agrees to accept service of any Statement of Claim filed with FINRA by Goldpoint Enterprises S.A. (the correct name of the Plaintiff) and respond thereto.

Further, Goldpoint voluntarily dismisses without prejudice all claims asserted in this action against Defendants ESB and ESFS and against the non-moving defendants Banco Espirito Santo SA and Jorge Leite Faria Espirito Santo Silva.

SIGNED AND DATED this 27th day of January, 2015

| | |
|---|---|
| **CURRAN LAW PL** | **SHUTTS & BOWEN, LLP** |
| *Attorney for Goldpoint* | *Attorneys for ESB and ESFS* |
| 701 Brickell Avenue | 1500 Miami Center |
| Suite 1550 | 201 South Biscayne Boulevard |
| Miami, Florida 33131 | Miami, Florida  33131 |
| (t) 305-777-0374 | (t) 305-415-9063 |
| | |
| By: /s/ Laurence E. Curran, III | By: /s/ Daniel T. Stabile |
| Laurence E. Curran, III | Daniela Fonseca |
| Florida Bar No. 569313 | Florida Bar No. 65750 |
| Email: lecurran@lecurran.com | Email:  dfonseca@shutts.com |
| | Daniel T. Stabile |
| | Florida Bar No. 95750 |
| | Email:  dstabile@shutts.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

/s/ <em>Daniel T. Stabile</em>

Laurence Edward Curran, III
701 Brickell Avenue
Suite 1550
Miami, FL 33131
(t) 305-777-0374
(f) 305-728-5288
(e) lecurran@lecurran.com

MIADOCS 10389130 3